THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CATHY ARMSTRONG and OLUWA FOSUDO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.,<br><br>Defendant. | No. 2:25-CV-01826-LK<br><br>**STIPULATED MOTION TO STAY PROCEEDINGS AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR:<br><br>October 6, 2025 |

## I. STIPULATION

Plaintiffs Cathy Armstrong and Oluwa Fosudo (together, "Plaintiffs") and Defendant Amazon.com, Inc. ("Amazon"), through their respective counsel, submit this Stipulated Motion and [Proposed] Order to stay proceedings in this action until the Ninth Circuit Court of Appeals issues a final decision in the pending case *Montes v. SPARC Group, LLC*, No. 23-35496 ("*Montes*").

Here, Plaintiffs seek relief on their own behalf and on behalf of a putative class from Amazon's allegedly deceptive pricing practices during Amazon Prime Day. Specifically, Plaintiffs allege that Amazon advertises "fake sales and misleading 'percent off' claims" for products sold during Prime Day "to deceive reasonable consumers into believing that the products are typically sold at that price but are discounted for Prime Day." Dkt. 1 (Compl.) at ¶¶ 2, 4. Based

STIPULATED MOTION TO STAY PROCEEDINGS
CASE NUMBER 2:25-CV-01826-LK

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

on these allegations, Plaintiffs assert claims for violation of the Washington Consumer Protection Act ("WCPA"), breach of contract, and unjust enrichment. *Id*. at ¶¶ 68-91.

Amazon intends to move to dismiss Plaintiffs' Complaint (currently due on October 17, 2025) and will make arguments, among others, that rely on the reasoning in *Montes*. In *Montes*, the plaintiff alleged that retailer Aéropostale "perpetually advertises nearly all products with significant discounts of 50-70% from a false reference price in order to trick customers into believing the advertised 'sale' price represented a special bargain from Aéropostale's usual and 'regular' prices." *Montes v. Sparc Group LLC*, Case No. 2:22-CV-0201-TOR, 2023 WL 4140836, at *1 (E.D. Wash. June 22, 2023). The Eastern District of Washington granted the defendant's motion to dismiss, finding that the plaintiff had not pled facts establishing an injury. The plaintiff in *Montes* appealed the decision, that appeal is fully briefed, and oral argument was held before the Ninth Circuit on October 23, 2024. On May 9, 2025, the Ninth Circuit certified a question to the Washington Supreme Court, specifically whether a fictitious former price claim is actionable under the WCPA. The Washington Supreme Court accepted the federal certified question on June 5, 2025, briefing on that question is nearly complete (the parties have the opportunity to respond to the various Amicus Briefs, due October 7), and oral argument is currently scheduled for October 28, 2025. *See Montes v. Sparc Group LLC*, Case No. 1041624 (Wash. S. Ct.).

In *McDaniel v. Brooklyn Bedding LLC*, Case No. 3:24-cv-05100-LK, 2024 WL 4494891 (W.D. Wash. Oct. 15, 2024), this Court issued an order requiring the parties there to show cause why the action should not be stayed pending resolution of *Montes*. Similar to the allegations here, the plaintiff in *McDaniel* alleged that the defendant offered "its products as marked down from higher 'list' prices, when in fact it never offers those products at the higher prices, and uses countdown clocks to create a sense of urgency in buyers . . . ." *Id.* at *1 (internal citations excluded). And as Amazon anticipates doing here, the *McDaniel* defendant moved to dismiss on various grounds, including that the pricing claim was not viable under *Montes*. The Court ordered the

STIPULATED MOTION TO STAY PROCEEDINGS
CASE NUMBER 2:25-CV-01826-LK - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

parties to show cause why the matter should not be stayed "based on its assessment that the *Montes* decision could resolve or narrow this dispute . . . ." *Id.* at *2.

The Parties desire to stay this action, including, without limitation, Amazon's responsive pleading deadline, discovery, expert disclosures, motions, and trial pending the final decision in *Montes*. The Parties have agreed that resolution of the issues would be aided by a stay. A decision in *Montes* could affect the viability of Plaintiffs' claims, the arguments Amazon will make in a motion to dismiss, and the arguments Plaintiffs will make in their opposition to a motion to dismiss. Additionally, a stay is warranted to conserve judicial resources and avoid unnecessary litigation expenses because the Ninth Circuit Court of Appeals' decision in *Montes* could affect the Court's ruling here on Amazon's forthcoming motion to dismiss. The parties will not be prejudiced by the delay of the stay, and the efficiencies achieved by waiting for the Ninth Circuit's decision in *Montes* outweigh any potential delay that might occur.

"The power of a federal trial court to stay its proceedings, even for an indefinite period of time, is beyond question." *Cherokee Nation of Oklahoma v. U.S.*, 124 F.3d 1413, 1416 (Fed. Cir. 1997) (citing *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936)). As held by the Supreme Court, "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis*, 299 U.S. at 254.

In light of the foregoing, IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs and Defendant that this action, including all deadlines and dates, should be stayed until the Ninth Circuit Court of Appeals issues a final ruling in *Montes v. SPARC Group, LLC*, No. 23-35496 (following a decision from the Washington Supreme Court on the certified question). Within fourteen days after the Ninth Circuit Court of Appeals issues a final ruling in *Montes*, the parties shall submit a status report and proposed scheduling order to address further proceedings, including Defendants' deadline to respond to the Complaint. The Parties respectfully

STIPULATED MOTION TO STAY PROCEEDINGS
CASE NUMBER 2:25-CV-01826-LK - 3

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

request the Court issue an Order staying this case until the Ninth Circuit Court of Appeals issues a final ruling in *Montes v. SPARC Group, LLC*, No. 23-35496.

DATED this __ of _____, 2025.

_____
THE HONORABLE LAUREN KING
UNITED STATES DISTRICT JUDGE

DATED October 6, 2025          STIPULATED AND AGREED TO BY:

K&L GATES LLP

By: ___s/ Emaan R. Jaberi_____
     Emaan R. Jaberi, WSBA # 56990

925 Fourth Avenue
Suite 2900
Seattle, Washington 98104-1158
Tel: +1 206 370 6556
Fax: +1 206 370 6034
Email: Emaan.Jaberi@klgates.com

Attorney for Defendant
AMAZON.COM, INC.

WYATT GRONSKI PLLC

By: ___s/ Todd Wyatt_____
     Todd Wyatt, WSBA #31608

540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

Attorney for Plaintiff

STIPULATED MOTION TO STAY PROCEEDINGS
CASE NUMBER 2:25-CV-01826-LK - 4

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2025, a copy of the foregoing was filed electronically with the clerk of the court using the CM/ECF system, which will send a notice of electronic filing to all parties in this matter.

          s/ Emaan R. Jaberi
Emaan R. Jaberi, WSBA #56990
K&L Gates LLP
925 Fourth Avenue Ste 2900
Seattle, WA  98104
Phone:  (206) 623-7580
Email: emaan.jaberi@klgates.com

CORPORATE DISCLOSURE STATEMENT
CASE NUMBER 2:25-cv-01826-LK - 5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022