**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

CATHY ARMSTRONG, and OLUWA FOSUDO, on behalf of themselves and all others similarly situated,

            Plaintiffs,

v.

AMAZON.COM, INC.,

            Defendant.

Case No. 2:25-CV-01826-LK

**NOTICE OF DISMISSAL**

NOTICE OF DISMISSAL

WYATT GRONSKI
PLLC

ATTORNEYS
540 Newport Way NW, Suite 200
Issaquah, WA 98027
425.395.7784

PLEASE TAKE NOTICE that Plaintiffs Cathy Armstrong, and Oluwa Fosudo, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismiss this action against Defendant Amazon.com, Inc. without prejudice.

Dated:  April 20, 2026

Respectfully submitted,

 /s/    *Yeremey O. Krivoshey*

**SMITH KRIVOSHEY, PC**
Yeremey O. Krivoshey (Cal. Bar No. 295032)
28 Geary Street, Ste. 650 # 1507
San Francisco, CA 94108
Phone: 415-839-7000
E-Mail:  yeremey@skclassactions.com

**WYATT GRONSKI PLLC**
Todd Wyatt (Bar No. 31608)
540 Newport Way NW, Suite 200
Issaquah, WA 98027
Phone: 425-395-7784
E-Mail: todd@wdlawgroup.com

Katherine M. Aizpuru
*kaizpuru@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Ave NW, Suite 1010
Washington, DC 20006
Telephone: (202) 973-0900

Annick M. Persinger
*Apersinger@tzlegal.com*
**TYCKO & ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
Telephone: (510) 948-3319

**SMITH KRIVOSHEY, PC**
Joel D. Smith (Cal. Bar No. 244902)
867 Boylston Street, 5th Floor, Ste. 1520
Boston, MA 02116
Phone: 617-377-7404
E-Mail:  joel@skclassactions.com

1

NOTICE OF DISMISSAL

WYATT GRONSKI
PLLC

ATTORNEYS
540 Newport Way NW, Suite 200
Issaquah, WA 98027
425.395.7784